**Order filed April 21, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00570-CV
_____

**ANTHONY OBI OGBO A/K/A INTERNATIONAL GUARDIAN NEWSPAPER, Appellant**

**V.**

**PIUS OKAFOR AND JOHN OKAFOR, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 321010295**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 295th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On March 25, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. _See_ Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM